ABC PROCESS SERVICE INC.
Attorney:
STEPHEN EINSTEIN, ESQ.

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

COLLINS FINANCIAL SERVICES, INC.

(PLAINTIFF)

against

LUZ TEXIDOR

(DEFENDANT)

Index No    20867/08

Date Filed    02/19/2008
Office No SE1169891-001

STATE OF NEW YORK, COUNTY OF NEW YORK                    SS:

AZZAM ABDERRAHMAN            being duly sworn deposes and says:

I am over 18 years of age, not a party to this action and reside in the State of New York:

That on the   22   day of   February   2008 at   3:34 PM, at

483 Lincoln Avenue, Apt. # 3 F;Brooklyn NY 112081208

I SERVED the   Summons & Verified Complaint            upon

Luz Texidor

the defendant herein named by delivering to and leaving a true copy of said

Summons & Verified Complaint

with a Person of suitable age and discretion: to wit

LAUREN, RELATIVE

Deponent described Person served as aforesaid to the best of deponents ability at the time and circumstances of service as follows:

1. Sex FEMALE   Color BLACK   Hair BLACK   app.age 35 YRS   app.ht 5'   app.wt 150 LBS

That on the   29   day of   February   2008 I deposited in the U.S. mails a true copy of the
SUMMONS & VERIFIED COMPLAINT
properly enclosed and sealed in a post-paid wrapper
addressed to the said defendant at the aforementioned
(A) (last known residence)
    483 Lincoln Avenue, Apt. # 3 F;Brooklyn NY 112081208

    BY FIRST CLASS MAIL, MARKED PERSONAL AND CONFIDENTIAL, AND NOT
    BEARING ANY IDENTIFICATION TO A LAWSUIT.

That at the time of service aforesaid, I asked Person so served or Person spoken to whether the defendant herein was in the military service of the State of N.Y. or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the defendant is not in the military service of the State of N.Y. or the United States as that term is defined in the statutes or the State of N.Y. or the Federal Soldiers and Sailors Civil Relief Act.

SWORN to before me this   29

day of   February   2008   _____
                           AZZAM ABDERRAHMAN
JAY BRODSKY
Notary Public, State of New York        License No.: 0820996                :lds
No. 31-4683271
Qualified in New York County
Commission Expires Feb. 2, 2011