**CITY OF NEW YORK**
**DEPARTMENT OF CONSUMER AFFAIRS**
-----------------------------------------------------------------x  **CONSENT ORDER**
DEPARTMENT OF CONSUMER AFFAIRS

        Complainant,

    -against-                                    Violation # LL005324075

AZZAM ABDERRAHMAN                License # 0820996
1614 65TH ST
BROOKLYN, NY 11204

        Licensee/Respondent.            (Process Server Individual))
-----------------------------------------------------------------x

1. Azzam Abderrahman ("Respondent") acknowledges that the New York City Department of Consumer Affairs ("DCA" or "the Department") duly served Respondent with a Second Amended Notice of Hearing charging Respondent with violations of the following rules: 6 RCNY §§ 2-233(b)(1), 2-233(b)(3), 2-233(b)(8), 2-233a(b), 2-233b(a), 2-234.

2. Respondent enters into this Consent Order ("CO") with the Department to resolve these charges without the necessity of a hearing.

3. The acceptance of this Consent Order by the Department shall not be deemed approval by the Department of any of Respondent's business practices, and Respondent shall make no representations to the contrary

## INJUNCTIVE RELIEF

4. Respondent agrees to immediately cease serving process in New York City.

5. Respondent agrees to immediately surrender his process server individual license.

6. Respondent agrees that he shall not apply to the Department for a process server license for at least ten years after the date the Department executes this Consent Order.

## BREACH OF THIS AGREEMENT

7. Specific violations of this Agreement shall constitute independent and separate violations of any applicable law, regulation or rule.

8. Future violations of laws and Department rules and violations of this Agreement shall be assessed as separate fines, with a maximum penalty of $1,000.00 each.

## WAIVER OF APPEALS

9. Respondent waives any right to a hearing, appeal of or any challenge of the facts alleged by the above-referenced violation under Section 20-104 of the New York City Administrative Code or under Article 78 of the New York State Civil Practice Law and Rules, Sections 7801-7806, in any forum, and shall not be fined for any of the charges alleged in the Second Amended Notice of Hearing in the above- referenced matter, unless Respondent violates this Agreement.

## DEPARTMENT'S AUTHORITY

10. Nothing in this Consent Order shall be construed to limit in any way the authority of the Department to exercise its regulatory or enforcement powers under Sections 20-104 or 20-409 of the Code.

Agreed to by Respondent                    Accepted for the NYC Department of Consumer Affairs

By: Azzam Abderrahman                      By: ▬▬▬▬▬▬▬▬
                                           Legal Division

_____  as of 1/29/14             ▬▬▬▬▬▬▬▬  1/31/14
Signature            Date                  Signature         Date

Businesses licensed by the Department of Consumer Affairs (DCA) must comply with all relevant local, state and federal laws. Copies of New York City licensing and consumer protection laws are available in person at DCA's Licensing Center, located at 42 Broadway, 5th Floor, New York, NY, by calling 311, New York City's 24-hour Citizen Service Hotline, or by going online to www.nyc.gov/consumers.