Kings County Civil Court
CIVIL JUDGMENT

Plaintiff(s):
COLLINS FINANCIAL SERVICES, INC.

vs.

Defendant(s):
LUZ TEXIDOR

Index Number: CV-020867-08/KI

Judgment issued: On Default

On Motion of:

Stephen Einstein & Associates
20 Vesey St, Suite 1406, New York, NY 10007
-

| | | | | | |
|---|---|---|---|---|---|
| Amount claimed | $2,539.03 | Cost By Statute | $20.00 | Transcript Fee | $0.00 |
| Less Payments made | $0.00 | Index Number Fee | $45.00 | County Clerk Fee | $0.00 |
| Interest 01/29/2003 at 9% | $1,208.93 | Service Fee | $25.00 | Enforcement Fee | $40.00 |
| Attorney fees | $0.00 | Non Military | $0.00 | Other Disbursements | $0.00 |
| | | Notice of Trial | $0.00 | Other Costs | $0.00 |
| | | Jury Demand | $0.00 | | |
| Total Damages | $3,747.96 | Total Costs & Disbursements | $130.00 | Judgment Total | $3,877.96 |

The following named parties, addressed and identified as creditors below:

Plaintiff creditor(s) and address

(1) COLLINS FINANCIAL SERVICES, INC.
2101 W. BEN WHITE BLVD, #103, AUSTIN, TX 78704-

Shall recover of the following parties, addresses and identified debtors below

Defendant debtor(s) and address

(1) LUZ TEXIDOR
483 LINCOLN AVENUE, APT #3F, BROOKLYN, NY 11208-1208

Judgment entered at the Kings County Civil Court, 141 Livingston Street, Brooklyn, NY 11201, in the STATE OF NEW YORK in the total amount of **$3,877.96 on 05/14/2008 at 02:12 PM.**

Judgment sequence 1

_____
Jack Baer, Chief Clerk Civil Court