**CIVIL COURT OF THE CITY OF NEW YORK**
County of KINGS Part 34C

Index No. 164876-07/K1

**STIPULATION OF SETTLEMENT**

LARIDIAN CONSULTING

Plaintiff(s),

-against-

TEXIDOR, LUZ

Defendant(s).

It is hereby stipulated and agreed by and between the parties that the above-referenced action is settled as follows:

The parties stipulate to dismiss this action with prejudice and without costs. The parties agree to release each other, and their attorneys, from all claims arising from this action.

_____ 11/10/16    _____ NOV-10-2016
Signature of counsel    Date    Signature    Date
Gottlieb Ostrager LLP

_____    _____
Signature    Date    Signature    Date
(914) 681-6045

Page ____ of ____

CIV-GP-32 (Revised December, 2005)    Stipulation read and explained to pro se who said s/he understood it.

SO ORDERED _____
Hon. Adam Silvera