Civil Court of the City of New York
County of Kings  Civil Emergency

COLLINS FINANCIAL SERVICES, INC.
         -against-
LUZ TEXIDOR

**ORDER TO SHOW CAUSE**
To restore case to the calendar, and vacate any judgment, liens and income executions on this defendant on this defendant,
allow answer of dismissing the action

RECEIVED
PBENT , 11/24/2020, 9:16:47 AM

**UPON** the annexed affidavit of LUZ TEXIDOR, sworn to on November 23, 2020, and upon all papers and proceedings herein:

Let the Plaintiff(s) or Plaintiff(s) attorney(s) show cause at:
**Kings County Civil Court
141 Livingston Street
Brooklyn, NY 11201
Civil EmergencyPart - VIRTUAL
on December 11, 2020 at 2:30 PM**

or as soon thereafter as counsel may be heard, why an order should not be made:

1. restoring the case to the calendar
2. vacating the Judgment, and all liens, income executions and restraining notices,
3. accepting the proposed answer as filed or allowing defendant to file an answer and/or
4. dismissing the action if warranted, and/or
5. granting such and further relief as may be just.

**PENDING** the hearing of this Order to Show Cause and the entry of an Order thereon, let ALL proceedings on the part of the Plaintiff(s), Plaintiff(s) attorney(s) and agent(s) and any Marshal or Sheriff of the City of New York for the enforcement of said Judgment be stayed (stopped).

**Check only if applicable:**
☑**PLAINTIFF** shall provide a copy of the summons and complaint and affidavit of service to the defendant on the return date of this Order to Show Cause.
**SERVICE** of a copy of this Order to Show Cause, and attached Affidavit in Support, shall be made on the (check all that apply):
☑ Claimant(s)/Plaintiff(s) or named attorney(s)          ☑ Sheriff or Marshal

| ☐ by Personal Service by " In Hand Delivery"<br>☐ by Certified Mail, Return Receipt Requested<br>☑ by First Class Mail with official Post Office Certificate of Mailing  *EEE* | ☐ by Personal Service by " In Hand Delivery"<br>☐ by Certified Mail, Return Receipt Requested<br>☑ by First Class Mail with official Post Office Certificate of Mailing  *EEE* |
|---|---|

on or before  November 25, 2020 , shall be deemed good and sufficient service.

**PROOF OF SUCH SERVICE** must be filed with the Clerk in the Part indicated above on the return date of this Order to Show Cause.

**Mail to Attorney or party**:
Stephen Einstein & Associates (Counsel for Pltf), at 20 Vesey St, Suite 1406, New York, NY 10007

**Sheriff/Marshal:**
Marshal of the City of New York
Moses, Ronald, Marshal
111 John Street
Suite 500
New York, NY 10038-3101

November 23, 2020
DATE

*[signature]*
Hon. Ellen E. Edwards, Civil Court Judge (NYC)

EMAIL  REDACTED          TELE  REDACTED

UCS-CC-2

**Civil Court of the City of New York, County of Kings**   Index # **CV-020867-08/KI**

| COLLINS FINANCIAL SERVICES, INC. | Affidavit in support of an order to show cause To |
| -against- | Vacate a Default Judgment for failure to appear and |
| LUZ TEXIDOR | answer and to file an answer or dismiss the case |

State of New York, County of Kings:
**LUZ TEXIDOR**, being duly sworn, deposes and says(check all statements that apply to you):
1. **PARTY**
   ☒ a) I am the party named as defendant in the above titled action
2. **SERVICE**
   ☒ a) I **was not** served in the right way as required by the law with a summons and complaint in this action.
   ☐ b) I **was not** served a summons and complaint, and my first notice of legal action was
       ○ a notice from the Clerk's Office.
       ○ a notice of Default Judgment mailed to me.
       ○ a Restraining Notice on my bank account.
       ☒ a copy of an Income Execution.
       ○ Other: _____
   ☒ c) I have read the Affidavit of Service, and I disagree with it because: _I was in Jail in 2002_ _I never lived At that Address_
   ☐ d) I requested the Affidavit of Service from the court, but it was not available.

3. **EXCUSABLE DEFAULT** (You must tell the Judge the reason(s) why you did not come to court to answer.)
   **I did not** come to court and answer in the Clerk's Office because (check all that apply):
   ☐ I was sick.
   ☐ I am disabled.
   ☐ I had an illness in my family.
   ☐ I had a death in the family.
   ☐ I was out of town.
   ☒ I did not receive the court papers.
   ☒ I received the court papers too late.
   ☐ The plaintiff told me not to worry about the case or not to answer.
   ☐ I was on military duty.
   ☐ Other: _This was sent to my Job_

4. **DEFENSES** (You must tell the Judge the reason(s) why you should not have to pay the money the plaintiff is suing for. Look at the Defense Information Worksheet [see UCS-CC-4] to see what defenses you may have and write them here.)
   **I have a good defense because:**
   _I Luz Texidor was in the cure of D.O.C From 2002 to 2009_

5. **PRIOR APPLICATION**
   ☒ a) I **have not** had an Order to Show Cause before in this case.
   ☐ b) I **have** had an Order to Show Cause before in this case, but an making another application because:

6. **RELIEF REQUESTED** (check all that apply)
   ☒ I request that the Default Judgment is vacated.
   ☒ I request that I be allowed to file an answer.
   ☒ I request permission to serve these papers.
   ☒ I request that the case is dismissed.

Sworn to before me this day November 23, 2020

_____   (Sign Name) _Luz Texidor_
Notary Public or Court Employee with title
                                                           LUZ TEXIDOR
                                                           483 LINCOLN AVENUE, APT #3F
                                                           BROOKLYN, NY 11208-1208

UCS-CC-3

EMAIL REDACTED       TELE REDACTED

COLLINS FINANCIAL SERVICES, INC.
    -against-
LUZ TEXIDOR

**WRITTEN ANSWER**
**CONSUMER CREDIT TRANSACTION**

**ANSWER: (Check all that apply)**
1. ☒ General Denial: I deny the allegations in the complaint

**SERVICE**
2. ☒ I did not receive a copy of the summons and complaint
3. ☐ I received the Summons and Complaint, but service was not correct as required by law.

**DEFENSES**
4. ☒ I do not owe this debt
5. ☒ It is not my debt. I am the victim of identity theft or mistaken identity.
6. ☐ I have paid all or part of the alleged debt.
7. ☒ I dispute the amount of the debt.
8. ☒ I had no business dealings with Plaintiff. ( Plaintiff lacks standing.)
9. ☐ There is no record of plaintiff having a license to collect debt (only for cases filed in New York City, Buffalo and other municipalities requiring debt collectors to be licensed).
10. ☐ Plaintiff does not allege a debt collector's license number in the Complaint(only for cases filed in New York City, Buffalo and other municipalities requiring debt collectors to be licensed).
11. ☐ Statute of Limitations ( the time has passed to sue on this debt: more than six years.)
12. ☐ The debt has been discharged in bankruptcy.
13. ☐ The collateral (property) was not sold at a commercially reasonable price.
14. ☐ Failure to provide proper notice before selling collateral (property).
15. ☐ Failure to mitigate damages(Plaintiff did not take reasonable steps to limit damages)
16. ☐ Unjust enrichment (the amount demanded is excessive compared with the original debt.)
17. ☐ Violation of the duty of good faith and fair dealing.
18. ☐ Unconscionability (the contract is unfair.)
19. ☐ Laches (plaintiff has excessively delayed in bringing this lawsuit to my disadvantage.)
20-a. ☐ **OUTSIDE OF NEW YORK CITY ONLY**: Lack of personal jurisdiction under Uniform City Court Act 213(applies if you do not work in the city where the case was filed and you are not a resident of that city or (for all counties except Westchester and Nassau counties) you are not a resident of a two next to that city within the same county).
20-b. ☐ **SUFFOLK COUNTY**: Lack of personal jurisdiction; the defendant is not a resident and/or was not served in, or there was no transaction of business in, that portion of Suffolk County for which a District Court has been established (Towns of Huntington, Babylon, Islip, Smithtown and Brookhaven).
21. ☐ Defendant is in the military.

**OTHER**
22. ☐ Other reasons _____
23. ☐ Please take notice that my only source of income is _____, which is exempt from collection.

**COUNTERCLAIM(S)**
24. ☐ Counterclaim(s):$ _____ Reason: _____

**VERIFICATION**

State of New York, County of Kings ss:
**LUZ TEXIDOR**, being duly sworn, deposes and says: I am the Defendant in this proceeding. I have read the Answer in Writing Consumer Credit Transaction and know the contents thereof to be true to my own knowledge except as to those matters stated on information and belief, and as to those matters I believe them to be true.

Sworn to before me this 11 day of 23 20 20

_____     _____
Notary Public /Court Employee and Title     Defendant

**This case is scheduled to appear on the court calendar as follows:**
Date: _____ Part: _____ Room: _____ Time: _____ Both sides notified: ○ Yes ○ No

UCS-CC-1

EMAIL: REDACTED     TELE: REDACTED