

# TROMBERG MORRIS POULIN, PLLC
Attorneys at Law

Licensed to Practice Law in FL, NJ, NY, PR & VA

39 Broadway, Suite 1250, New York, NY 10006
Phone: (800)280-6205  FAX: (212)267-9656
Website: www.tmppllc.com

Luz Texidor
REDACTED
Bronx NY 10457

Re: *Collins Financial Services, Inc. vs. Luz Texidor*
INDEX NO. CV-020867-08/KI

Dear Luz Texidor:

Enclosed please find a copy of the plaintiff's affirmation in opposition to the defendant's order to show cause, the original of which has been sent to court for filing.

Please call our office if you are willing to resolve this matter amicably.

Sincerely,

*[signature]*

Encl.