

**FEDERAL TRADE COMMISSION**
# Identity Theft Report

FTC Report Number: 127668663

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| Luz | E | Texidor |
| **Address:** | **Phone:** | **Email:** |
| REDACTED Bronx, USA | | |

## Personal Statement

hi my name is loose text to Dora and the reason that I'm falling for that identity theft is because I was served at my job with some papers about me owing the money on a computer and a credit card I have no knowledge of I never lived at that address for 83 Lincoln that's what made me get my credit report and when I see on my credit report the same address for 83 Lincoln I never lived in this address somebody's using this address and my name to purchase stop and get credit cards

## Accounts Affected by the Crime

| Credit Card Opened by the Thief | | |
|---|---|---|
| **Company or Organization:** | the company | |
| **Date fraud began:** | **Date that I discovered it:** | **Total fraudulent amount:** |
| 6 / 2001 | 11 / 2020 | $ 6744 |

| Other Identity Theft | |
|---|---|
| **Company or Organization:** | Dell |
| **Date that I discovered it:** | **Total fraudulent amount:** |
| 11 / 2020 | $ 6744 |

## Fraudulent Information on Credit Reports

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
|---|---|
| Personal Information | **Date of Birth** <br> **Names:** Luv teixdior sanchez <br> **Addresses:** 483 Lincoln ave Brooklyn ny |

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Luz E Texidor**
Luz E Texidor

**12/29/2020**
Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.