

January 8, 2021

Honorable Sandra E. Roper
ATTN: Ms. Jang
141 Livingston Street
Brooklyn, New York 11201

**RE: Traverse Hearing for Collins Financial Services v. Luz Texidor (CV-20867/08)**

Dear Judge Roper:

    Bronx Legal Services, appearing for now only as a Friend of the Court, requests an adjournment of the Traverse hearing currently scheduled for January 20, 2021 to allow time for the court file to be located by the clerks and reviewed by counsel.

    At this time, upon information and belief, the courthouse clerks estimate the court file will not be located until at least March 6, 2021.

Respectfully submitted,
/s/
Hazel R. Caldwell, Esq.
BRONX LEGAL SERVICES
Senior Staff Attorney
Economic Justice Unit
349 East 149th Street, 10th Floor
Bronx, NY 10451
347-592-2480
*As Friend of the Court*

Cc: Tromberg, Morris & Poulin, PLLC ATTN: Aksana Bondartseva, as Plaintiff's counsel

Bronx Legal Services | 349 East 149th Street, 10th Floor, Bronx, NY 10451
Phone: 718-928-3700 | Fax: 718-292-2857 | www.LegalServicesNYC.org
Marie Richardson, Acting Project Director | Joseph P. Moodhe, Board Chair

