UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

LUZ TEXIDOR,

                                                                     Case No.: 1:21-cv-4845-RPK-LB

                                   Plaintiff,

       -against-

TROMBERG, MORRIS, & POULIN, PLLC
f/k/a STEPHEN EINSTEIN & ASSOCIATES, P.C.,
STEPHEN EINSTEIN,
COLLINS FINANCIAL SERVICES, INC.,
ABC PROCESS SERVING BUREAU, INC., d/b/a
ABC PROCESS SERVICE,
AZZAM ABDERRAHMAN, and
JAY BRODSKY,

                                  Defendants.

-------------------------------------------------------------------X

## STIPULATION TO FACILITATE SETTLEMENT DISCUSSIONS

In order to facilitate frank and productive settlement discussions, the Parties hereby stipulate that all settlement offers and statements made during settlement negotiations are confidential and inadmissible, and shall not be disclosed including, *inter alia*, to the court, or in connection with any filing or hearing in this action except in connection with a settlement conference or mediation.

**AGREED:**

**The Law Offices of Ahmad Keshavarz**
**Counsel for Plaintiff LUZ TEXIDOR**

      /s/ Ahmad Keshavarz
**By:** _____    **Date:** _____
      Ahmad Keshavarz


**AGREED:**

**Corey Stark**
**Corey Stark PLLC**
**Attorneys for Defendants ABC Process Serving Bureau, Inc. and Jay Brodsky**

By:     /s/ Corey Stark          Date: 10/20/2022
      Corey Stark

**AGREED:**

Arthur Sanders
Barron & Newburger, P.C.
Attorneys for Tromberg Defendants

By:     /s/ Arthur Sanders        Date: 10/20/2022
      Arthur Sanders