UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LUZ TEXIDOR

    Plaintiff,　　　　　　　　　　　　　　　　Case No.: 1:21-cv-4845

vs.

TROMBERG, MORRIS & POULIN, PLLC
f/k/a STEPHEN EINSTEIN & ASSOCIATES, P.C.
STEPHEN EINSTEIN
COLLINS ASSET GROUP, LLC
ABC PROCESS SERVING BUREAU, INC. d/b/a
ABC PROCESS SERVICE
AZZAM ABDERRAHMAN
JAY BRODSKY

    Defendants.

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Lippes Mathias LLP, by Tessa R. Scott, Esq., hereby enters appearance in these proceedings as counsel of record for Defendant Collins Asset Group, LLC, and requests that all papers, pleadings, notices, orders and other related comments in these proceedings be served upon the undersigned.

1

Dated: April 12, 2023

       **LIPPES MATHIAS LLP**

       /s Tessa R. Scott
       Tessa R. Scott, Esq.
       Attorneys for Defendant Collins Asset Group, LLC
       50 Fountain Plaza, Ste. 1700
       Buffalo, NY 14202
       P: (716) 853-5100
       F: (716)853-5199
       E: tscott@lippes.com