**Bridget Mondelli**

| | |
|---|---|
| **From:** | jeb@abcprocess.com |
| **Sent:** | Thursday, January 6, 2022 11:48 AM |
| **To:** | Scott Morris |
| **Subject:** | RE: Texidor Case |

Scott,

One final thought. I understand the situation but believe we're using the same system as your current agencies (the system is called Process Master), so all of that stuff is do-able.

However, that being said, I respect that you're content with the situation so I'll just wish you continued success
And leave it at that.
Thanks again,
Jay

**From:** Scott Morris <smorris@tmppllc.com>
**Sent:** Wednesday, January 5, 2022 9:47 AM
**To:** jeb@abcprocess.com
**Subject:** RE: Texidor Case

Jay,

Our counsel is:

Arthur Sanders
Barron & Newburger, PC
30 South Main Street
New City, N.Y. 10956
845-499-2990 |Direct
512.476.9103, x-247 |Office
845.548.2213 |Cell
asanders@bn-lawyers.com



As to work, I cannot send you work at this time. In our industry we have a strict onboarding and compliance process. Without going through that I cannot consider giving you work. We also have a very structed IT process that ABC would need to code for to send us the data and media in as required.

Lastly, we are content with our process servers so we are not looking at this time. Sorry.

Regards,

Scott Morris, Esq.
Managing Member
Tromberg, Morris & Poulin, PLLC.
39 Broadway, Suite 1250
New York, NY 10006
Phone: 800-280-6205
Website: www.tmppllc.com

1

B&N - 000136

Email: smorris@tmppllc.com



**PLEASE NOTE THAT THE NAME OF THE FIRM HAS CHANGED FROM STEPHEN EINSTEIN & ASSOCIATES. KINDLY UPDATE OUR EMAIL DOMAIN TO @TMPPLLC.COM. **

---

**From:** jeb@abcprocess.com <jeb@abcprocess.com>
**Sent:** Wednesday, January 5, 2022 9:07 AM
**To:** Scott Morris <smorris@tmppllc.com>
**Subject:** Texidor Case

Good Morning Scott,

Nice to see you the other day, glad you're doing well.

I spoke with our Attorney (who is on a beach somewhere) and he asked if we can get your Counsel's information, including email, so if your office can email that over we would really appreciate it.
We will be giving our answer probably by early next week and I'm pretty sure you know what it will be.

Changing the subject, I've also attached one of our price lists just for the hell of it. I know you're happy using the bigger agencies, but who knows ? Maybe you won't mind floating us a little work and we can save you a few thousand dollars every month.

Best Wishes For The New Year and Beyond,

Jay
Jay Brodsky
ABC Process Serving Bureau, Inc.
225 Broadway, Suite 3110
New York, NY 10007
212-732-6490

---

IMPORTANT NOTICE

**This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.** This e-mail message is intended to be received only by persons entitled to receive the confidential information it may contain. E-mail messages may contain information that is confidential and legally privileged. Please do not

B&N - 000137

read, copy, forward, or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it to the sender and delete it completely from your computer system.