

**BARRON & NEWBURGER, PC**

**Arthur Sanders**
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

November 6, 2023

Magistrate Judge Lois Bloom
U.S. District Courthouse
225 Cadman Plaza East
Brooklyn, NY  11201

RE:   TEXIDOR v. TROMBERG, MORRIS & POULIN, PLLC, et al.
      21-cv-04845-RPK-LB

Dear Judge Bloom:

As you know, this office represents Tromberg, Morris & Poulin, PLLC as well as the individual defendant, Stephen Einstein. This letter is written to request an adjournment of the court conference scheduled for November 14, 2023. The adjournment request is being made with the consent of all counsel.

I will be out of town on November 14th and unable to participate in the court conference. After consultation with all counsel, we have agreed reschedule this matter for November 20th, if it is convenient for the Court. All counsel can be available on that date, at any time after 10 a.m.

Thank you for your consideration.

Sincerely,

BARRON & NEWBURGER, P.C.

By: Arthur Sanders
as/bmm