UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

LUZ TEXIDOR

    Plaintiff,                                             Case No.: 1:21-cv-4845

vs.

TROMBERG, MORRIS & POULIN, PLLC
f/k/a STEPHEN EINSTEIN & ASSOCIATES, P.C.
STEPHEN EINSTEIN
COLLINS ASSET GROUP, LLC
ABC PROCESS SERVING BUREAU, INC. d/b/a
ABC PROCESS SERVICE
AZZAM ABDERRAHMAN
JAY BRODSKY

    Defendants.

---

## SUGGESTION OF BANKRUPTCY

Defendant Collins Asset Group, LLC ("CAG") provides notification to the Court that, on June 4, 2025, CAG filed a Petition for Relief under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, Case No. 25-10994.

Dated: June 5, 2025

                                       **LIPPES MATHIAS LLP**

                                       /s Brendan H. Little
                                       Brendan H. Little, Esq.
                                       Attorneys for Defendant Collins Asset Group, LLC
                                       50 Fountain Plaza, Ste. 1700
                                       Buffalo, NY 14202
                                       P: (716) 853-5100
                                       F: (716)853-5199
                                       E: blittle@lippes.com