# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT ST., #2600  
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM  
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900  
Fax: (877) 496-7809

December 15, 2025

**VIA ECF**  
Magistrate Judge Seth D. Eichenholtz  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

*Status Letter on How to Proceed*  
Re: *Texidor v. Tromberg, Morris & Poulin, PLLC, et al.,* No. 1:21-cv-04845-RPK-LB

Dear Judge Eichenholtz:

The undersigned represents the Plaintiff Luz Texidor in this lawsuit against Defendants Tromberg, Morris & Poulin, PLLC f/k/a Stephen Einstein & Associates, P.C. ("Tromberg"), Stephen Einstein (collectively with Tromberg, "Tromberg Defendants"), Collins Asset Group, LLC ("CAG"), ABC Process Serving Bureau, Inc. d/b/a ABC Process Service ("ABC"), Jay Brodsky ("ABC Defendants"), and Azzam Abderrahman[1] for violations of the FDCPA and related state law. Pursuant to Your Honor's Order of December 8, 2025, Plaintiff files this letter to state how she wishes to proceed with the case.

Discovery against the ABC Defendants was originally stayed on October 31, 2022, pending a decision on their Motion to Dismiss. Magistrate Judge Lois Bloom issued a Report and Recommendation on November 20, 2023, recommending the denial of the ABC Defendants' Motion to Dismiss; on that date, Magistrate Judge Bloom also lifted the discovery stay but instructed the parties to refrain from discovery until the ABC Defendants answered Plaintiff's complaint. Rather than answer the third amended complaint, the ABC Defendants filed a timely objection to the Report and Recommendation. A decision on the Report and Recommendation and the ensuing objections is still pending. Plaintiff moved to lift the stay and resume discovery on September 26, 2023; more than two years later, Plaintiff is still waiting to begin discovery with respect to the ABC Defendants in light of Magistrate Judge Bloom's instructions to the parties on November 20, 2023.

Separately, on June 5, 2025, then-Defendant CAG filed a Notice of Filing Bankruptcy on the docket in this case. The case was administratively stayed pursuant to this filing on June 9, 2025, and on June 16, 2025, Plaintiff submitted a motion, unopposed by the Tromberg and ABC Defendants, to dismiss CAG from the case. On October 29, 2025, Judge Rachel P. Kovner issued an Order granting Plaintiff's motion to dismiss Defendant Collins Asset Group, LLC, in light of that defendant's filing for bankruptcy.

---

[1] Mr. Abderrahman has not appeared in this action although duly served. The clerk issued a certificate of default against him on January 11, 2022 [DE 31]. As such, he is not included in any reference to "Defendants" made herein.

      Plaintiff proposes to proceed with discovery regarding the ABC Defendants, and proposes a discovery period of 90 days. After completing discovery regarding the ABC Defendants, Plaintiff expects to be able to proceed to briefing on motions for summary judgment. Discovery as to the other Defendants in this action is complete, and Plaintiff will require the same discovery from ABC Defendants to prosecute their claims against all Defendants, even if the ABC Defendants' Motion to Dismiss is granted; there is no possible prejudice to the ABC Defendants from allowing discovery which would need to occur even if the ABC Defendants were not parties to this action, but there is prejudice to the Plaintiff and the non-ABC Defendants in delaying the resolution of this action.

Respectfully,

/s/

Ahmad Keshavarz