### COREY STARK, PLLC
110 EAST 59TH STREET, 22ND FLOOR
NEW YORK, NEW YORK 10022

| | |
|---|---|
| TELEPHONE: | (212) 324-3705 |
| FACSIMILE: | (646) 219-7389 |
| EMAIL: | COREY@CSTARKLAW.COM |

www.cstarklaw.com

December 23, 2025

***By ECF***

Hon. Seth D. Eichenholtz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:   *Luz Texidor v. Tromberg, Morris, & Poulin, PLLC* et al.
             Civil Action No: 21-cv-4845 (KPK) (LB)

Dear Judge Eichenholtz:

    I am a member of Corey Stark PLLC, attorneys for Defendants ABC Process Serving Bureau, Inc., and Jay Brodsky.  For several reasons I write to oppose Plaintiff's request to lift the stay of discovery.

    First, Plaintiff contends that the motion to dismiss and subsequent objection to the Report and Recommendation, which motion remains undecided, have prejudiced her by causing delay.  But delay itself is not sufficient to establish prejudice.  *Enron Oil Corp. v. Diakuhara*, 10 F.3d 90, 98 (2d Cir. 1993).  Furthermore, as the matter is based on alleged events that occurred in 2008, it is hard to imagine prejudice resulting from continuing the stay until a decision is rendered on the Report and Recommendation.  Thirteen years already having passed before this lawsuit was commenced, there would seem to be little risk of any additional memory loss, unavailability of witnesses, or loss of documents.  Indeed, Magistrate Judge Bloom granted the stay on this very basis in 2022.  Nothing has changed since then.

    Second, Magistrate Judge Bloom intended to hold a settlement conference with the Plaintiff present before discovery is resumed.  Such a conference would not be meaningful while the objections to the Report and Recommendation remain pending.

    Third, Plaintiff's proposed plan of engaging in ninety days of discovery and then moving for summary judgment makes no sense.  It is beyond cavil that no party can move for summary judgment before the Court decides the objections to the Report and Recommendation.

Hon. Seth D. Eichenholtz
December 23, 2025
Page 2 of 2

      Fourth, the objections to the Report and Recommendation are strong and likely to result in the dismissal of the claims against this firm's clients.

      For these reasons the status quo should be maintained by continuing the stay of discovery pending the Court's decision on the objections to the Report and Recommendation.

      Respectfully,

      COREY STARK PLLC

      /s/

      Corey Stark

cc:    Ahmad Keshavarz, Esq. (*by ECF*)
       Arthur Sanders, Esq. (*by ECF*)