# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT ST., #2600  
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM  
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900  
Fax: (877) 496-7809

January 16, 2026

**VIA ECF**  
Magistrate Judge Seth D. Eichenholtz  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

   **Re: Joint Request to Adjourn Status Conference**  
   *Texidor v. Tromberg, Morris & Poulin, PLLC, et al.,* No. 1:21-cv-04845-RPK-SDE

Dear Judge Eichenholtz:

  The undersigned represents the Plaintiff Luz Texidor in this lawsuit against Defendants Tromberg, Morris & Poulin, PLLC f/k/a Stephen Einstein & Associates, P.C. ("Tromberg"), Stephen Einstein (collectively with Tromberg, "Tromberg Defendants"), ABC Process Serving Bureau, Inc. d/b/a ABC Process Service ("ABC"), Jay Brodsky ("ABC Defendants"), and Azzam Abderrahman[1] alleging violations of the FDCPA and related state law.

  I write on behalf of all Parties to request the adjournment of the upcoming status conference because on Wednesday, I received a notice of jury duty for Tuesday, January 20, the date of the conference. On Thursday, I notified all counsel and proposed alternative dates, and this morning, the Parties agreed upon a set of alternative dates to propose. There have been no previous requests for the adjournment of this conference. Assuming I do not get selected for jury duty, as alternative dates, the Parties propose a telephonic status conference on Wednesday, January 21, or Tuesday, January 27, at any time of day. If the Court prefers an in-person conference, counsel for ABC Defendants will be unavailable until February 23, and the Parties propose the alternative dates of February 23, February 24 (after 1:00 PM), February 25, February 26, and February 27 for an in-person conference.

  The Parties thank the Court for its consideration.

Respectfully,

/s/

Ahmad Keshavarz

---

[1] Mr. Abderrahman has not appeared in this action, and thus is not included in any reference to "Defendants" made herein.