# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT ST., 26TH FLOOR
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

March 31, 2026

**VIA ECF**

The Honorable Rachel P. Kovner, District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:   **Plaintiff's supplemental authority in support of her Opposition [Dkt. No. 55] to Defendants' Motion to Dismiss [Dkt. No. 54].**
>
> *Texidor v. Tromberg, Morris & Poulin PLLC et al.,* Case 1:21-cv-04845-RPK-SDE

Dear Judge Kovner:

The undersigned represents Plaintiff Luz Texidor in the above-entitled action.

Plaintiff files this letter to bring to the Court's attention an important decision relevant to the pending Motion to Dismiss issued after the close of briefing, *Wilson v. Selip & Stylianou, LLP*, No. 24-CV-4108 (ALC), 2026 WL 851338 (S.D.N.Y. Mar. 27, 2026).

Plaintiff will refrain from commenting on the decision unless requested to by the Court.

Sincerely,
/s/
Ahmad Keshavarz

Enclosures (Wilson decision)

cc: All Counsel via ECF