**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

**LUZ TEXIDOR,**

**Case No.: 1:21-cv-04845-RPK-SDE**

**Plaintiff,**

**-against-**

**TROMBERG, MORRIS, & POULIN, PLLC**
**f/k/a STEPHEN EINSTEIN & ASSOCIATES, P.C.,**
**STEPHEN EINSTEIN,**
**COLLINS ASSET GROUP, LLC,**
**ABC PROCESS SERVING BUREAU, INC., d/b/a**
**ABC PROCESS SERVICE ,**
**AZZAM ABDERRAHMAN, and**
**JAY BRODSKY**

**Defendants.**

---------------------------------------------------------X

**AGREED ORDER OF DISMISSAL WITH PREJUDICE OF TROMBERG, MORRIS & POULIN, PLLC f/k/a STEPHEN EINSTEIN & ASSOCIATES, P.C., and STEPHEN EINSTEIN *ONLY***

Plaintiff, LUZ TEXIDOR, hereby voluntarily dismisses this action only against Defendants TROMBERG, MORRIS & POULIN, PLLC f/k/a STEPHEN EINSTEIN & ASSOCIATES, P.C., and STEPHEN EINSTEIN, with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii). Said settling parties request that the Court retain jurisdiction to enforce the terms of their Settlement Agreement. This Agreed Order of Dismissal does not extend to the other named Defendants in this action.

An executed faxed or scanned copy of this Agreed Order shall be deemed as a signed original.

**SO ORDERED this __________ day of _______________, 2026.**

______________________________
**Hon. Rachel P. Kovner**
**District Judge**

AGREED BY:

Plaintiff LUZ TEXIDOR

By: ________________________ Dated: 10-5-26

Ahmad Keshavarz
The Law Office of Ahmad

Defendants TROMBERG, MORRIS & POULIN, PLLC f/k/a STEPHEN EINSTEIN & ASSOCIATES, P.C. and STEPHEN EINSTEIN

By: ________________________ Dated: 10-5-26

Arthur Sanders
Barron & Newburger, P.C.