**AHMAD KESHAVARZ**
*Attorney at Law*

16 COURT STREET, #2600
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

November 18, 2026

**VIA ECF**
Magistrate Judge Seth D. Eichenholtz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Joint Letter Motion for an extension of time to file a joint motion regarding unresolved discovery disputes from November 18, 2026 to November 20, 2026**
*Texidor v. Tromberg, Morris, & Poulin, PLLC, et al.*, No. 1:21-cv-04845-RPK-SDE

Dear Judge Eichenholtz:

The undersigned represents Plaintiff. I write on behalf of all Parties.

The Parties submit this letter to request an extension of time to file a joint motion regarding unresolved discovery disputes from today to Friday, November 20, 2026. Your Honor's November 9, 2026 ECF Order directed the Parties to submit the joint motion by November 16, 2026, which deadline was extended to November 18 *nunc pro tunc* per Your Honor's November 17, 2026 ECF Order.

The reason for the extension is that the Parties have drafted their respective sections, each Party with a motion to compel and an opposition, but Plaintiff needs a brief extension to make additional revisions. The Parties apologize for not being able to finalize the joint letter within the existing deadline. This is the Parties' second request for an extension.

The Parties thank the Court for its consideration of this request.

Respectfully,
/s/
Ahmad Keshavarz