COREY STARK, PLLC
110 EAST 59TH STREET, 22ND FLOOR
NEW YORK, NEW YORK 10022

TELEPHONE: (212) 324-3705
FACSIMILE: (646) 219-7389
EMAIL: COREY@CSTARKLAW.COM
www.cstarklaw.com

November 20, 2026

***By ECF***

Hon. Seth D. Eichenholtz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Luz Texidor v. Tromberg, Morris, & Poulin, PLLC* et al.
Civil Action No: 21-cv-4845 (KPK) (LB)

Dear Judge Eichenholtz:

I am a member of Corey Stark PLLC, attorneys for ABC Process Serving Bureau, Inc., and Jay Brodsky (the "Defendants"). I write to seek leave to file Defendants' motion to compel Plaintiff's deposition.

On November 20, 2026, Your Honor denied the parties' request for an extension of time to file a joint motion concerning the discovery disputes (DE 118) because "[t]he parties have not shown good cause for their untimely request for an extension of time, nor have they articulated any good cause for the underlying extension of time." Notwithstanding the Court's sound reasoning, I nevertheless request that it reconsider the denial with respect to Defendants' motion to compel Plaintiff's deposition, for the following two reasons:

First, I had no control over the delay in submitting the letter, because as a joint submission, after I provided my portion of the letter to opposing counsel I did not receive a timely response from him. I first provided my draft portion to counsel for Plaintiff, Mr. Keshavarz, on November 16, 2026. As of November 18th Mr. Keshavarz had not returned it to me. At 11:38 a.m. on that date I followed up with him, asking, "When should I anticipate receiving your additional comments on the proposed letter?" After receiving no response, at 5:00 p.m. I again followed up, asking, "When will I have the letter?" At 5:28 p.m. Mr. Keshaverz finally replied, "Sorry this is not going to be done by 6:00. It would obviously be unfair to you to drop a revised draft after business hours and expect that you have the opportunity to fully respond," to which I replied, "I will not need an extension if you believe I

will have the letter soon." Mr. Keshaverz then wrote, "Won't have it before I have to head out in 15 minutes."

Second, Defendants will be prejudiced if they are not permitted to depose Plaintiff.

Respectfully,

COREY STARK PLLC

/s/

Corey Stark

cc: Ahmad Keshavarz, Esq. (*by ECF*)