**AHMAD KESHAVARZ**
*Attorney at Law*

16 COURT STREET, #2600
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

November 20, 2026

**VIA ECF**
Magistrate Judge Seth D. Eichenholtz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Joint motion for an extension of time, *nunc pro tunc*, to file a joint motion regarding unresolved discovery disputes from November 18 to November 20**
*Texidor v. Tromberg, Morris, & Poulin, PLLC, et al.*, No. 1:21-cv-04845-RPK-SDE

Dear Judge Eichenholtz:

The undersigned represents Plaintiff. I write on behalf of all Parties.

The Parties submit this letter to request an extension of time, *nunc pro tunc*, to file a joint motion regarding unresolved discovery disputes from November 18 to November 20, 2026. Your Honor's November 9, 2026 ECF Order directed the Parties to submit the joint motion by November 16, 2026, which deadline was extended to November 18 *nunc pro tunc* per Your Honor's November 17, 2026 ECF Order. The Parties made a second request for an extension on November 18 (ECF No. 118), which the Court denied by November 19, 2026 ECF Order. This is the Parties' third request for an extension.

The reason for the extension is that the Parties have drafted their respective sections, each Party with a motion to compel and an opposition, but needed more time to make additional revisions. Plaintiff's counsel was unexpectedly pulled away in other matters on November 17 and 18 and could not finalize the joint letter within the existing deadline. Plaintiff's counsel was finally able to circulate a revised draft joint motion shortly after midnight on November 20. Defendants' counsel returned a draft with his revisions at 12:41 pm. The Parties are submitting the joint discovery motion under another cover.

Parties apologize for not being able to finalize the joint letter within the existing deadline. Plaintiff's counsel understands that other matters do not necessarily take priority over this matter and will endeavor to abide by deadlines in the future.

The Parties respectfully request an extension nunc pro tunc to file their cross-motions to compel. The finalized version of the cross application is attached, along with supporting exhibits, but to be clear we are not seeking to make excuses.

The Parties thank the Court for its consideration of this request.

Respectfully,
/s/
Ahmad Keshavarz