**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

LUZ TEXIDOR,

*Plaintiff*,

-against-

21-cv-04845 (RPK)(LB)

TROMBERG, MORRIS, & POULIN, PLLC f/k/a STEPHEN EINSTEIN & ASSOCIATES, P.C., STEPHEN EINSTEIN, COLLINS FINANCIAL SERVICES, INC., ABC PROCESS SERVING BUREAU, INC., d/b/a ABC PROCESS SERVICE, AZZAM ABDERRAHMAN, and JAY BRODSKY,

*Defendants*.

**-------------------------------------------------------------------X**

**Responses and Objections to Plaintiff's First Set of Requests for Admissions to ABC Process Serving Bureau, Inc.**

Defendant ABC Process Serving Bureau, Inc. ("ABC"), responds to Plaintiff's First Set of Requests for Admissions, dated July 23, 2022 (the "Requests for Admissions"), as follows:

## General Objections

A. ABC objects generally to the Requests for Admissions to the extent they seek to impose upon ABC obligations more expansive than those set forth in the Federal Rules of Civil Procedure.

B. ABC objects generally to the Requests for Admissions to the extent they call for information reflecting confidential communications between attorney and client, or information constituting or reflecting work product or trial preparation materials for the production of which no good cause has been shown.

C. The foregoing general objections are hereby incorporated in each response to each specific Request for Admission considered hereafter, regardless of whether a general objection or specific objection is stated in the response.

**Requests For Admission**

1. You are a debt collector as defined in the Fair Debt Collections Practices Act, 15 U.S.C. §1692 et seq.

***Response***

Deny.

2. The putative debt was an alleged obligation incurred primarily for family, personal, or household purposes.

***Response***

ABC can neither admit nor deny this request, as it does not have sufficient information to conclude whether or not the putative debt was incurred for family, personal, or household purposes.

3 You regularly collect consumer debts alleged to be due to another.

***Response***

Deny.

4. Your principal purpose is the collection of alleged consumer debts.

***Response***

Deny.

5. You have received and/or sent money via wire transfer, ACH transfer, electronic transfer, or direct deposit, in connection with your business.

***Response***

Admit.

6. You use the mails in connection with Your business.

***Response***

ABC objects to the Request and cannot truthfully admit or deny the Request, as the term "mails" is vague, ambiguous, and subject to interpretation.

7. Process server Azzam Abderrahman would only be paid for successful service.

***Response***

ABC can neither admit nor deny this request, as it does know whether other process serving agencies paid Azzam Abderrahman for successful service only. ABC denies that it paid Azzam Abderrahman for successful service only.

8. Process server Azzam Abderrahman would only be paid for successful service as to Ms. Texidor.

***Response***

Deny.

9. Process server Azzam Abderrahman was paid $5.00 or less for the putative service as to Ms. Texidor.

***Response***

Deny.

10. Process server Azzam Abderrahman was paid $5.00 or less for putative service in collection lawsuits.

***Response***

ABC can neither admit nor deny this request, as it does not know what other process serving agencies paid Azzam Abderrahman. However, ABC denies that it paid Azzam Abderrahman $5.00 or less for service in collection lawsuits.

11. The process servers or process serving agencies (be it as an employee or independent contractor) you used in 2008 for service of collection lawsuits would only be paid for successful service.

***Response***

Deny.

ABC reserves the right to amend and/or supplement the above responses as further information is obtained.

Dated: New York, New York
July 20, 2021

COREY STARK PLLC

/s/______________________________

By: Corey Stark
*Attorneys for Defendant ABC Process Serving Bureau, Inc. and Jay Brodsky*
110 East 59th Street, 22nd Floor
New York, New York 10022
(212) 324-3705

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury that he served a true copy of the within **Responses and Objections to Plaintiff's First Set of Requests for Admissions to ABC Process Serving Bureau, Inc.** upon the following parties or their counsel on July 20, 2022, by electronic mail pursuant to Rule 5(b) of the Federal Rules of Civil Procedure:

Emma Caterine, Esq.
The Law Office of Ahmad Keshavarz
16 Court Street, 26th Floor
Brooklyn, New York 11241-1026

Arthur Sanders, Esq.
Barron & Newburger, P.C.
30 South Main Street
New City, New York 10956-3515

Dated: New York, New York
July 20, 2022

/s/___________________________
Corey Stark

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

LUZ TEXIDOR,

*Plaintiff,*

-against-

21-cv-04845 (RPK)(LB)

TROMBERG, MORRIS, & POULIN, PLLC f/k/a STEPHEN EINSTEIN & ASSOCIATES, P.C., STEPHEN EINSTEIN, COLLINS FINANCIAL SERVICES, INC., ABC PROCESS SERVING BUREAU, INC., d/b/a ABC PROCESS SERVICE, AZZAM ABDERRAHMAN, and JAY BRODSKY,

*Defendants*.

**-----------------------------------------------------------------X**

**Responses and Objections to Plaintiff's First Set of Requests for Admissions to Jay Brodsky**

Defendant Jay Brodsky ("Brodsky") responds to Plaintiff's First Set of Requests for Admissions, dated July 23, 2022, (the "Requests for Admissions"), as follows:

**General Objections**

A. Brodsky objects generally to the Requests for Admissions to the extent they seek to impose upon Brodsky obligations more expansive than those set forth in the Federal Rules of Civil Procedure.

B. Brodsky objects generally to the Requests for Admissions to the extent they call for information reflecting confidential communications between attorney and client, or information constituting or reflecting work product or trial preparation materials for the production of which no good cause has been shown.

C. The foregoing general objections are hereby incorporated in each response to each specific Request for Admission considered hereafter, regardless of whether a general objection or specific objection is stated in the response.

**Requests For Admission**

1. You are a debt collector as defined in the Fair Debt Collections Practices Act, 15 U.S.C. §1692 et seq.

***Response***

Deny.

2. The putative debt was an alleged obligation incurred primarily for family, personal, or household purposes.

***Response***

Brodsky can neither admit nor deny this request, as he does not know whether or not the putative debt was incurred for family, personal, or household purposes.

3 You regularly collect consumer debts alleged to be due to another.

***Response***

Deny.

4. Your principal purpose is the collection of alleged consumer debts.

***Response***

Deny.

5. You have received and/or sent money via wire transfer, ACH transfer, electronic transfer, or direct deposit, in connection with your business.

***Response***

Deny.

6. You use the mails in connection with Your business.

***Response***

Brodsky objects to the Request and cannot truthfully admit or deny it, as the term "mails" is vague, ambiguous, and subject to interpretation.

7. Process server Azzam Abderrahman would only be paid for successful service.

***Response***

Brodsky can neither admit nor deny this request as he does not know whether other process serving agencies paid Azzam Abderrahman for successful service only. Brodsky denies that ABC Process Serving Bureau, Inc., paid Azzam Abderrahman for successful service only.

8. Process server Azzam Abderrahman would only be paid for successful service as to Ms. Texidor.

***Response***

Deny.

9. Process server Azzam Abderrahman was paid $5.00 or less for the putative service as to Ms. Texidor.

***Response***

Deny.

10. Process server Azzam Abderrahman was paid $5.00 or less for putative service in collection lawsuits.

***Response***

Brodsky can neither admit nor deny this request as he does not know what other process serving agencies paid Azzam Abderrahman. However, Brodsky denies that ABC Process Serving Bureau, Inc., paid Azzam Abderrahman $5.00 or less for service in collection lawsuits.

11. The process servers or process serving agencies (be it as an employee or independent contractor) you used in 2008 for service of collection lawsuits would only be paid for successful service.

***Response***

Deny.

Brodsky reserves the right to amend and/or supplement the above responses as further information is obtained.

Dated: New York, New York
July 20, 2021

COREY STARK PLLC

/s/____________________________
By: Corey Stark
*Attorneys for Defendants ABC Process Serving Bureau, Inc. and Jay Brodsky*
110 East 59th Street, 22nd Floor
New York, New York 10022
(212) 324-3705

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury that he served a true copy of the within **Responses and Objections to Plaintiff's First Set of Requests for Admissions to Jay Brodsky** upon the following parties or their counsel on July 20, 2022, by electronic mail pursuant to Rule 5(b) of the Federal Rules of Civil Procedure:

Emma Caterine, Esq.
The Law Office of Ahmad Keshavarz
16 Court Street, 26th Floor
Brooklyn, New York 11241-1026

Arthur Sanders, Esq.
Barron & Newburger, P.C.
30 South Main Street
New City, New York 10956-3515

Dated: New York, New York
July 20, 2022

/s/____________________________
Corey Stark