**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
LUZ TEXIDOR,

Plaintiff, 21-cv-4845 (RPK) (SDE)

-against-

TROMBERG, MORRIS, & POULIN, PLLC f/k/a STEPHEN EINSTEIN & ASSOCIATES, P.C., STEPHEN EINSTEIN, COLLINS FINANCIAL SERVICES, INC., ABC PROCESS SERVING BUREAU, INC., d/b/a ABC PROCESS SERVICE, AZZAM ABDERRAHMAN, and JAY BRODSKY,

Defendants.
----------------------------------------------------------------X

**Notice of Deposition Upon Oral Examination**

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, counsel for Plaintiff will take the testimony upon oral examination, which will be recorded by stenographic means, of Luz Texidor on December 9, 2026, at Corey Stark PLLC, 110 East 59th Street, 22nd Floor, New York, New York 10022, before a person authorized to administer oaths.

PLEASE TAKE NOTICE, that pursuant to Rule 30 of the Federal Rules of Civil Procedure, said party to be examined is required to produce at such examination all relevant books, papers, documents and/or pictures in said party's possession, custody and/or control.

PLEASE TAKE FURTHER NOTICE, that the undersigned will seek all remedies available under the Federal Rules of Civil Procedure upon your failure to respond to the foregoing as requested and required.

You are invited to attend and cross-examine.

Dated: New York, New York
November 4, 2026

COREY STARK PLLC

_/s/____________________________

By: Corey Stark
*Attorney for Defendants*
110 East 59th Street, 22nd Floor
New York, New York 10022
(212) 324-3705

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury that he served a true copy of the within **Notice of Deposition Upon Oral Examination** upon the following parties or their counsel on November 4, 2026, by electronic mail pursuant to Rule 5(b) of the Federal Rules of Civil Procedure:

Ahmad Keshavarz, Esq.
The Law Office of Ahmad Keshavarz
16 Court Street, 26th Floor
Brooklyn, New York 11241

Dated: New York, New York
November 4, 2026

/s/_________________________
Corey Stark